**Fill in this information to identify your case and this filing:**

Debtor 1    **Brian**      **Keith**      **Tyson**

First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)    First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    **16-35727-H4-13**

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**123 Reese Run Street**

Street address, if available, or other description

**Montgomery**     **TX**    **77316-2123**

City      State    ZIP Code

**Montgomery**

County

**123 Reese Run Street Montgomery, TX 77316-2123**
**S965212- Woodforest 12, Block 1, Lot 6 73056.0 (Woodforest), Montgomery County, Texas.**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$325,000.00      $325,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple Absolute**

☑ Check if this is community property
(see instructions)

Debtor 1    **Brian Keith Tyson** _____    Case number (if known)    **16-35727-H4-13**

---

**1.2.**

**4755 Cotswolds Lane**
Street address, if available, or other description

_____

**Birmingham          AL    35232**
City                        State    ZIP Code

**Jefferson**
County

**4755 Cotswolds Lane, Birmingham, AL 35232**
**Parcel 27 00 18 1 000 189.000, Jefferson County, Alabama.**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:    **27008100089.000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**$199,300.00**

Current value of the portion you own?

**$199,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple Absolute**

☑ **Check if this is community property**
(see instructions)

---

**1.3.**

**Marriott International, Inc.**
Street address, if available, or other description

**10400 Fernwood Road**

**Bethesda          MD    20817**
City                        State    ZIP Code

_____
County

**Timeshare**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

**Unknown**

Current value of the portion you own?

**Unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple Subj. Executor**

☑ **Check if this is community property**
(see instructions)

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................➔**

| **$524,300.00** |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

---

Debtor 1    **Brian Keith Tyson** _____    Case number (if known)  __16-35727-H4-13__

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Isuzu** | Check one. | |
| Model: | **NPR Truck** | ☐ Debtor 1 only | |
| Year: | **2015** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** — **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☑ At least one of the debtors and another | $41,098.00        $41,098.00 |
| Other information: | | | |
| **2015 Isuzu NPR Truck** | | ☑ Check if this is community property (see instructions) | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **International** | Check one. | |
| Model: | **4300 Truck** | ☐ Debtor 1 only | |
| Year: | **2007** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** — **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☑ At least one of the debtors and another | $31,931.50        $31,931.50 |
| Other information: | | | |
| **2007 International 4300 Truck** | | ☑ Check if this is community property (see instructions) | |

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **F-150 Pickup Truck** | ☐ Debtor 1 only | |
| Year: | **2014** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** — **Current value of the portion you own?** |
| Approximate mileage: | **45,000** | ☑ At least one of the debtors and another | $26,975.00        $26,975.00 |
| Other information: | | | |
| **2014 Ford F-150 Pickup Truck (approx. 45000 miles)** | | ☑ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes Benz** | Check one. | |
| Model: | **Sprinter** | ☐ Debtor 1 only | |
| Year: | **2015** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** — **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☑ At least one of the debtors and another | $42,243.57        $42,243.57 |
| Other information: | | | |
| **2015 Mercedes Benz Sprinter** | | ☑ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **International** | Check one. | |
| Model: | **4300 Truck** | ☐ Debtor 1 only | |
| Year: | **2007** | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** — **Current value of the portion you own?** |
| Approximate mileage: | _____ | ☑ At least one of the debtors and another | $61,300.00        $61,300.00 |
| Other information: | | | |
| **2007 International 4300 Truck** | | ☑ Check if this is community property (see instructions) | |

Debtor 1    **Brian Keith Tyson**                                    Case number (if known)  **16-35727-H4-13**

| 3.6. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Isuzu** | Check one. | |
| Model: **NPR Truck** | ☐ Debtor 1 only | |
| Year: **2014** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$41,075.00**     **$41,075.00** |
| Other information: **2014 Isuzu NPR Truck** | ☑ Check if this is community property (see instructions) | |

| 3.7. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Isuzu** | Check one. | |
| Model: **NPR Exo Max** | ☐ Debtor 1 only | |
| Year: **2014** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$46,527.65**     **$46,527.65** |
| Other information: **2014 Isuzu NPR Exo Max** | ☑ Check if this is community property (see instructions) | |

| 3.8. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Isuzu** | Check one. | |
| Model: **NPR Truck** | ☐ Debtor 1 only | |
| Year: **2015** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$34,880.16**     **$34,880.16** |
| Other information: **2015 Isuzu NPR Truck** | ☑ Check if this is community property (see instructions) | |

| 3.9. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Isuzu** | Check one. | |
| Model: **NPR Truck** | ☐ Debtor 1 only | |
| Year: **2015** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$36,465.46**     **$36,465.46** |
| Other information: **2015 Isuzu NPR Truck** | ☑ Check if this is community property (see instructions) | |

| 3.10. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Isuzu** | Check one. | |
| Model: **NPR HD** | ☐ Debtor 1 only | |
| Year: **2013** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: **70,000** | ☐ Debtor 1 and Debtor 2 only | |
| | ☑ At least one of the debtors and another | **$40,950.00**     **$40,950.00** |
| Other information: **2013 Isuzu NPR HD (approx. 70000 miles)** | ☑ Check if this is community property (see instructions) | |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**................................➔    **$403,446.34**

Debtor 1     **Brian Keith Tyson** _____     Case number (if known)   **16-35727-H4-13**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☒ Yes.  Describe.....  **Stove$500, Microwave$250, Refrigerator/Freezer$2000, Freezer$1000,
     Dishwasher$250, Washing Machine$1500, Dryer$1000, Living Room
     Furniture$2500, Misc. Table/Service/Cooking Ware$2500, Bedroom Furniture
     $5000, Misc. Linens/Bedding$1500, Den Furniture$7500, and Dining Room
     Furniture$500, Misc. Pet Supplies $200.**

     $26,200.00

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
     music collections; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☒ Yes.  Describe.....  **6 TVs $3500, 4 PCs $2500, 4 Printers/Scanners $1750, 1 Cell Phoone $1000,
     4 Media Players, 4 Video Game Players $700, Misc. V\ideo Game/DVDs $400.**

     $9,850.00

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☐ No
     ☒ Yes.  Describe.....  **Misc. Wall Hangings/Curios/Collectibles/Photos/Decorations.$1200.**

     $1,200.00

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
     canoes and kayaks; carpentry tools; musical instruments

     ☐ No
     ☒ Yes.  Describe.....  **MIsc. Sports Equuipment.**

     $500.00

10.  **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

     ☐ No
     ☒ Yes.  Describe.....  **2 Hanguns.**

     $600.00

11.  **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No
     ☒ Yes.  Describe.....  **Misc. Clothing $3000 and Footwear $500.**

     $3,500.00

12.  **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
     gold, silver

     ☐ No
     ☒ Yes.  Describe.....  **Misc. Jewelry/Wedding Bands/Waches.**

     $22,000.00

13.  **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses

     ☐ No
     ☒ Yes.  Describe.....  **1 Household Pet/Canine.**

     $100.00

Debtor 1    **Brian Keith Tyson**                                                     Case number (if known)   **16-35727-H4-13**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific
information.............  **Misc. Household Tools $500, Patio Set $600, Lawn/Mower $500.**                      **$1,600.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.......................................................................** →  | **$65,550.00** |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☐ No
    ☑ Yes...................................................................................    Cash: ........................        **$100.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
    brokerage houses, and other similar institutions.  If you have multiple accounts with the same
    institution, list each.

    ☐ No
    ☑ Yes...........................    Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | Checking account: | **Business Chase Checking account 8884.** | **($1,979.91)** |
| 17.2. | Checking account: | **Business Chase Checking account 7693.** | **$2,007.68** |
| 17.3. | Checking account: | **Chase Checking account 2301.** | **$34.57** |
| 17.4. | Checking account: | **BBVA Checking account 6061.** | **$67.28** |
| 17.5. | Savings account: | **Business Savings/Cash Collateral account 1726.** | **$300.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
    an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes.  Give specific
    information about
    them..........................    Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
    information about
    them..........................    Issuer name:

| Debtor 1 | **Brian Keith Tyson** | Case number (if known) | **16-35727-H4-13** |
|---|---|---|---|

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☒ No
☐ Yes. List each
account separately.     Type of account:       Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☒ Yes............................     Institution name or individual:

Security deposit on rental unit: **Security deposit on rental unit**                                **$1,850.00**

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes............................     Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes............................     Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☒ No
☐ Yes.  Give specific
information about them                                                                    _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific
information about them                                                                    _____

**27. Licenses, franchises, and other general intangibles**
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.  Give specific
information about them                                                                    _____

**Money or property owed to you?**                                        **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☒ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years.......................

Federal: _____   **$0.00**

State: _____   **$0.00**

Local: _____   **$0.00**

Debtor 1   **Brian Keith Tyson** _____   Case number (if known) **16-35727-H4-13**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

| | |
|---|---:|
| Alimony: | $0.00 |
| Maintenance: | $0.00 |
| Support: | $0.00 |
| Divorce settlement: | $0.00 |
| Property settlement: | $0.00 |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
          compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information                                                   _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance
     company of each policy
     and list its value................   Company name:               Beneficiary:               Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information                                                   _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........                                                 _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
     rights to set off claims**

☑ No
☐ Yes.  Describe each claim........                                                 _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information                                                   _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
     attached for Part 4. Write that number here.................................................................** ➔   | $2,379.62 |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

Debtor 1    **Brian Keith Tyson**          Case number (if known)   **16-35727-H4-13**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

_____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe.. **2 Executive Office Desks $1000, 1 Conference Table $750, 2 Presentation Boards $200, 2 Copiers/Printers $1000, 1 Small Conference Table $200, 14 Office Chairs $500, 2 Executive Chairs $150, Misc.Office Supplies $150, 1 Reception Desk $300, 1 Regrigerator $200, 1 Telelphone System $250 and 1 Microwave $50, 4 PCs $1500, 4 TVs $800, 20 Hand Trucks/Dollies $600, 4 Pallet Jacks $500. .**

$8,150.00

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

_____

41. **Inventory**

☑ No
☐ Yes. Describe..

_____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:            % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.....

_____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................➔ | **$8,150.00**

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Debtor 1   **Brian Keith Tyson** _____   Case number (if known)   **16-35727-H4-13**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    _Examples:_ Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....                                                                  _____

48. **Crops--either growing or harvested**
    ☑ No
    ☐ Yes.  Give specific
        information...............                                             _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....                                                                  _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....                                                                  _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes.  Give specific
        information...............                                             _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**........................................................➔   | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
    _Examples:_ Season tickets, country club membership
    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔   | $0.00 |

Debtor 1    **Brian Keith Tyson** _____    Case number (if known)   **16-35727-H4-13**_____

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**..................................................................................➜    **$524,300.00**

56.  **Part 2: Total vehicles, line 5**    **$403,446.34**

57.  **Part 3: Total personal and household items, line 15**    **$65,550.00**

58.  **Part 4: Total financial assets, line 36**    **$2,379.62**

59.  **Part 5: Total business-related property, line 45**    **$8,150.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61.  **Part 7: Total other property not listed, line 54**    **+** _____ **$0.00**

62.  **Total personal property.**    Add lines 56 through 61..................    **$479,525.96**    Copy personal property total  ➜  **+**   **$479,525.96**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................    **$1,003,825.96**

**Fill in this information to identify your case:**

Debtor 1    **Brian**              **Keith**              **Tyson**
            First Name             Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-35727-H4-13**
(if known)

☐ Check if this is an
  amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**      *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <br> **123 Reese Run Street Montgomery, TX 77316-2123** <br> **S965212- Woodforest 12, Block 1, Lot 6 73056.0 (Woodforest), Montgomery County, Texas.** <br> Line from *Schedule A/B:*  **1.1** | **$325,000.00** | ☑ **$75,611.64** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: <br> **2007 International 4300 Truck** <br> **2007 International 4300 Truck** <br> Line from *Schedule A/B:*  **3.2** | **$31,931.50** | ☑ **$1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

Debtor 1    **Brian Keith Tyson**                                    Case number (if known)   **16-35727-H4-13**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2014 Ford F-150 Pickup Truck (approx. 45000 miles)**<br><br>Line from *Schedule A/B*:  **3.3** | **$26,975.00** | ☑ **$182.57**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2015 Mercedes Benz Sprinter**<br><br>Line from *Schedule A/B*:  **3.4** | **$42,243.57** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2007  International 4300 Truck<br>2007 International 4300 Truck**<br>Line from *Schedule A/B*:  **3.5** | **$61,300.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2014 Isuzu NPR Truck**<br><br>Line from *Schedule A/B*:  **3.6** | **$41,075.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2014 Isuzu NPR Exo Max**<br><br>Line from *Schedule A/B*:  **3.7** | **$46,527.65** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2015 Isuzu  NPR Truck<br>2015 Isuzu NPR Truck**<br>Line from *Schedule A/B*:  **3.8** | **$34,880.16** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2015 Isuzu NPR Truck**<br><br>Line from *Schedule A/B*:  **3.9** | **$36,465.46** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2013 Isuzu NPR HD (approx. 70000 miles)**<br><br>Line from *Schedule A/B*:  **3.10** | **$40,950.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

Debtor 1    __Brian Keith Tyson__                              Case number (if known)  __16-35727-H4-13__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Stove$500, Microwave$250, Refrigerator/Freezer$2000, Freezer$1000, Dishwasher$250, Washing Machine$1500, Dryer$1000, Living Room Furniture$2500, Misc. Table/Service/Cooking Ware$2500, Bedroom Furniture$5000, Misc. Linens/Bedding$1500, Den Furniture$7500, and Dining Room Furniture$500, Misc. Pet Supplies $200.**<br>Line from *Schedule A/B*:  ___6___ | $26,200.00 | ☑  $26,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**6 TVs $3500, 4 PCs $2500, 4 Printers/Scanners $1750, 1 Cell Phone $1000, 4 Media Players, 4 Video Game Players $700, Misc. Video Game/DVDs $400.**<br>Line from *Schedule A/B*:  ___7___ | $9,850.00 | ☑  $9,850.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Wall Hangings/Curios/Collectibles/Photos/Decorations.$1200.**<br>Line from *Schedule A/B*:  ___8___ | $1,200.00 | ☑  $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Sports Equuipment.**<br>Line from *Schedule A/B*:  ___9___ | $500.00 | ☑  $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**2 Hanguns.**<br>Line from *Schedule A/B*:  ___10___ | $600.00 | ☑  $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Misc. Clothing $3000 and Footwear $500.**<br>Line from *Schedule A/B*:  ___11___ | $3,500.00 | ☑  $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Misc. Jewelry/Wedding Bands/Waches.**<br>Line from *Schedule A/B*:  ___12___ | $22,000.00 | ☑  $22,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1    **Brian Keith Tyson** _____    Case number (if known)   **16-35727-H4-13** _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 Household Pet/Canine.**<br><br>Line from *Schedule A/B*: __**13**__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**Misc. Household Tools $500, Patio Set $600, Lawn/Mower $500.**<br><br>Line from *Schedule A/B*: __**14**__ | **$1,600.00** | ☑ **$1,600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 Executive Office Desks $1000, 1 Conference Table $750, 2 Presentation Boards $200, 2 Copiers/Printers $1000, 1 Small Conference Table $200, 14 Office Chairs $500, 2 Executive Chairs $150, Misc.Office Supplies $150, 1 Reception Desk $300, 1 Regrigerator $200, 1 Telelphone System $250 and 1 Microwave $50, 4 PCs $1500, 4 TVs $800, 20 Hand Trucks/Dollies $600, 4 Pallet Jacks $500. .**<br><br>Line from *Schedule A/B*: __**39**__ | **$8,150.00** | ☑ **$8,150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian** | **Keith** | **Tyson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-35727-H4-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|

2.1

**Acura Financial Services**
Creditor's name
**PO Box 7829**
Number    Street

_____

**Philadelphia    PA    19101-7829**
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**
**Motor Vehicle Leasehold via Executory Contract.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Contract/Lease**

Last 4 digits of account number ___ ___ ___ ___

| | $1,210.00 | $1,210.00 | |

**Motor Vehicle Leasehold via Executory Contract.**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $1,210.00 |
|---|

Debtor 1  **Brian Keith Tyson**                              Case number (if known)  **16-35727-H4-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**BBVA Compass Bank**
Creditor's name
**PO Box 192**
Number    Street

Describe the property that secures the claim:

**4755 Cotswolds Lane, Birmingham, AL 35232**

$179,791.27        $199,300.00

**Birmingham        AL    35201**
City               State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.**  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage**

Last 4 digits of account number  ___ ___ ___ ___

**2.3**

**BBVA Compass Bank**
Creditor's name
**PO Box 192**
Number    Street

Describe the property that secures the claim:

**4755 Cotswolds Lane, Birmingham, AL 35232**

$67,822.20        $67,822.20

**Birmingham        AL    35201**
City               State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred   **Various**

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Arrearage claim**

Last 4 digits of account number  ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:        **$247,613.47**

Debtor 1    **Brian Keith Tyson**                                    Case number (if known)   **16-35727-H4-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4**

**BBVA Compass Bank**
Creditor's name
**PO Box 192**
Number    Street

Describe the property that secures the claim:

**4755 Cotswolds Lane, Birmingham, AL 35232**

$8,121.93          $8,121.93

**Birmingham      AL   35201**
City             State  ZIP Code

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred   **Various**

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Arrearage claim**

Last 4 digits of account number   ___ ___ ___ ___

**2.5**

**Chase Home Finance**
Creditor's name
**PO Box 961227**
Number    Street

Describe the property that secures the claim:

**123 Reese Run Street Montgomery, TX 77316-2123**

$202,800.00          $325,000.00

**Forth Worth      TX   76161**
City             State  ZIP Code

As of the date you file, the claim is:  Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred   **6/2013**

**Nature of lien.**  Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Mortgage**

Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

$210,921.93

Debtor 1    **Brian Keith Tyson**                                    Case number (if known)  **16-35727-H4-13**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Chase Home Finance**
Creditor's name
**PO Box 961227**
Number    Street

_____

**Forth Worth**       **TX**    **76161**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred    Various**

Describe the property that secures the claim:

**123 Reese Run Street
Montgomery, TX 77316-2123**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Post Petition Mortgage Payments**

Last 4 digits of account number ___  ___  ___  ___

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.6 | $171,774.60 | $171,774.60 | |

---

**2.7**

**Chase Home Finance**
Creditor's name
**PO Box 961227**
Number    Street

_____

**Forth Worth**       **TX**    **76161**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred    Various**

Describe the property that secures the claim:

**123 Reese Run Street
Montgomery, TX 77316-2123**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

Last 4 digits of account number ___  ___  ___  ___

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.7 | $24,242.59 | $24,242.59 | |

---

Add the dollar value of your entries in Column A on this page.  Write that number here:            **$196,017.19**

Debtor 1   **Brian Keith Tyson**                                   Case number (if known)   **16-35727-H4-13**

| | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.8**

**Daimler Truck Financial**
Creditor's name
**PO Box 5260**
Number    Street

_____

**Carol Stream        IL    60157-4221**
City            State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Motor Vehicle Leasehold via Executory Contract.**

Describe the property that secures the claim:

**2015 Mitsubishi FE160**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Contract/Lease/Default**

Last 4 digits of account number ___ ___ ___ ___

| $4,485.36 | $4,485.36 | |

---

**2.9**

**Daimler Truck Financial**
Creditor's name
**PO Box 5260**
Number    Street

_____

**Carol Stream        IL    60157-4221**
City            State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Motor Vehicle Leasehold via Executory Contract.**

Describe the property that secures the claim:

**Motor Vehicle Leasehold via Executory Contract.**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Contract/Lease**

Last 4 digits of account number ___ ___ ___ ___

| $4,426.92 | $4,426.92 | |

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $8,912.28 |

Debtor 1    **Brian Keith Tyson**                                      Case number (if known)   **16-35727-H4-13**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.10**

**Daimler Truck Financial**
Creditor's name
**PO Box 5260**
Number     Street

**Carol Stream**    **IL**    **60157-4221**
City                State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**

**Motor Vehicle Leasehold via Executory Contract.**

Describe the property that secures the claim:

**Motor Vehicle Leasehold via Executory Contract.**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Contract/Lease**

Last 4 digits of account number ___ ___ ___ ___

| Column A | Column B |
|---|---|
| $5,320.92 | $5,320.92 |

---

**2.11**

**Ford Motor Credit Company LLC**
Creditor's name
**Dept. 55953, P.O. Box 55000**
Number     Street

**Detroit**    **MI**    **48255**
City          State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**

Describe the property that secures the claim:

**2014 Ford F-150 Pickup Truck (approx. 45000 miles)**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Retail Installment Contract**

Last 4 digits of account number ___ ___ ___ ___

| Column A | Column B |
|---|---|
| $26,792.43 | $26,975.00 |

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

**$32,113.35**

Debtor 1   **Brian Keith Tyson**                                          Case number (if known)   **16-35727-H4-13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---------|---|---|---|---|

---

**2.12**

**Frost Bank**
Creditor's name
**Recovery Department**
Number     Street
**PO Box 2270**

San Antonio     TX   78296-2901
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred

Describe the property that secures the claim:

**123 Reese Run Street**
**Montgomery, TX 77316-2123**

$46,588.36     $325,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Outstanding Debt**

Last 4 digits of account number  ___  ___  ___  ___

---

**2.13**

**Frost Bank**
Creditor's name
**Recovery Department**
Number     Street
**PO Box 2270**

San Antonio     TX   78296-2901
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred     Various

Describe the property that secures the claim:

**123 Reese Run Street**
**Montgomery, TX 77316-2123**

$20,939.40     $20,939.40

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage arrears**

Last 4 digits of account number  ___  ___  ___  ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$67,527.76

Official Form 106D     **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**     page 7

Debtor 1 __Brian Keith Tyson__                                       Case number (if known) __16-35727-H4-13__

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.14**

**Frost Bank**
Creditor's name
**Recovery Department**
Number    Street
**PO Box 2270**

_____

**San Antonio        TX    78296-2901**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred   Various**

Describe the property that secures the claim:

**123 Reese Run Street**
**Montgomery, TX 77316-2123**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Mortgage arrears**

Last 4 digits of account number  ___ ___ ___ ___

| Column A | Column B | Column C |
|---|---|---|
| $2,791.92 | $2,791.92 | |

---

**2.15**

**Hitachi Capital**
Creditor's name
**800 Connecticut Avenue**
Number    Street

_____

**Norwalk            CT    06854**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred**   _____

Describe the property that secures the claim:

**2015 Isuzu NPR Truck**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Retail Installment Contract**

Last 4 digits of account number  ___ ___ ___ ___

| Column A | Column B | Column C |
|---|---|---|
| $41,098.00 | $41,098.00 | |

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$43,889.92**

Debtor 1 **Brian Keith Tyson**                                   Case number (if known) **16-35727-H4-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.16**

**Hitachi Capital**
Creditor's name
**800 Connecticut Avenue**
Number     Street

Describe the property that
secures the claim:

**2015 Isuzu NPR Truck**

$41,075.00          $82,173.00

**Norwalk        CT    06854**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
    **Lease/Purchase Contract**

Last 4 digits of account number ___ ___ ___ ___

---

**2.17**

**Isuzu Finance of America, Inc.**
Creditor's name
**2500 Westchester Avenue, Ste. 254**
Number     Street

Describe the property that
secures the claim:

**2014 Isuzu NPR Exo Max**

$46,527.65          $46,527.65

**Purchase        NY   10577**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
    **Lease/Purchase Contract**

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

$87,602.65

Debtor 1    **Brian Keith Tyson**                                      Case number (if known)   **16-35727-H4-13**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.18**

**Isuzu Finance of America, Inc.**
Creditor's name
**2500 Westchester Avenue, Ste. 254**
Number    Street

Describe the property that secures the claim:

**2014 Isuzu NPR Truck**

$34,880.16        $34,880.16

**Purchase           NY   10577**
City             State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
     **Lease/Purchase Contract**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

**2.19**

**Isuzu Finance of America, Inc.**
Creditor's name
**2500 Westchester Avenue, Ste. 254**
Number    Street

Describe the property that secures the claim:

**2014 Isuzu NPR Truck**

$36,465.46        $36,465.46

**Purchase           NY   10577**
City             State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
     **Lease/Purchase Contract**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$71,345.62**

Debtor 1  **Brian Keith Tyson**                                          Case number (if known)  **16-35727-H4-13**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.20**

**Isuzu Finance of America, Inc.**
Creditor's name
**2500 Westchester Avenue, Ste. 254**
Number     Street

Describe the property that secures the claim:

**2013 Isuzu NPR HD (approx. 70000 miles)**

$40,950.00     $40,950.00

Purchase          NY   10577
City                State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.**  Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
     **Retail Installment Contract**

Last 4 digits of account number ___ ___ ___ ___

---

**2.21**

**Marriott International, Inc.**
Creditor's name
**10400 Fernwood Road**
Number     Street

Describe the property that secures the claim:

**Time Share**

$1,800.00     $0.00     $1,800.00

Bethesda          MD   20817
City                State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.**  Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
     **Timeshare**

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

$42,750.00

| Debtor 1 | **Brian Keith Tyson** | Case number (if known) | **16-35727-H4-13** |
| --- | --- | --- | --- |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
| --- | --- | --- | --- | --- |

**2.22**

**Mercedes Benz Financial Services U**
Creditor's name
**PO Box 9001683**
Number    Street

**Louisville        KY    40290**
City        State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**2015 Mercedes Benz Sprinter**

$42,243.57    $42,243.57

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Retail Installment Contract**

Last 4 digits of account number ___ ___ ___ ___

**2.23**

**Stearns Bank NA**
Creditor's name
**Equipment Finance Division**
Number    Street
**PO Box 750**

**Albany        MN    56307-0750**
City        State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**2007 International  4300 Truck**

$30,931.50    $31,931.50

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Lease/Purchase Contract**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:        **$73,175.07**

Debtor 1  **Brian Keith Tyson** _____    Case number (if known)  **16-35727-H4-13**

| | **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|

---

**2.24**

**Stearns Bank NA**
Creditor's name
**Equipment Finance Division**
Number    Street
**PO Box 750**

_____

**Albany**          **MN**  **56307-0750**
City               State  ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**2006 International 4300 Truck**

$61,300.00     $61,300.00     _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Lease/Purchase Contract**

Last 4 digits of account number  ___  ___  ___  ___

---

**2.25**

**The Cotswolds HOA Inc.**
Creditor's name
**3839 Cotswold Drive North**
Number    Street

_____

**Birmingham**      **AL**  **35242**
City               State  ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**4755 Cotswolds Lane, Birmingham, AL 35232**

$2,100.00      $2,100.00      _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Home Association Fees**

Last 4 digits of account number  ___  ___  ___  ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$63,400.00**

Debtor 1 **Brian Keith Tyson**
Case number (if known) **16-35727-H4-13**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.26**

**Toyota Financial Services**
Creditor's name
**P.O. Box 9490**
Number    Street

Cedar Rapids    IA    52409-9490
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**2015 Toyota Camry (approx. 13000 miles)**

$700.00 | $700.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Leasehold**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.27**

**Woodforest Civic Association**
Creditor's name
**c/o FirstService Residential**
Number    Street
**101 Elk Trace Parkway**

Montgomery    TX    77316
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that
secures the claim:

**123 Reese Run Street**

$2,700.00 | $2,700.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Home Association Fees**

**Last 4 digits of account number** ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: | **$3,400.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,149,879.24**

Debtor 1    **Brian Keith Tyson**                                          Case number (if known)   **16-35727-H4-13**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**
**Atty. Christopher Naylor**
Name
**Attorney at Law**
Number        Street
**4801 Woodway, Ste 420 West**

**Houston**                          **TX**      **77056-1805**
City                                 State     ZIP Code

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number      ___ ___ ___ ___

**2**
**Linebarger, Goggan, Blair, & Sampson,LLP**
Name
**Atty Tara Grundemeier**
Number        Street
**1301 Travis, Ste. 300**

**Houston**                          **TX**      **77002**
City                                 State     ZIP Code

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number      ___ ___ ___ ___

**3**
**National Bankruptcy Services, LLC**
Name
**14841 Dallas Parkway, Ste. 300**
Number        Street

**Dallas**                           **TX**      **75254**
City                                 State     ZIP Code

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number      ___ ___ ___ ___

**4**
**Perdue, Brandon, Fielder, Collins & Mott**
Name
**1235 North Loop West, Ste. 600**
Number        Street

**Houston**                          **TX**      **77008**
City                                 State     ZIP Code

On which line in Part 1 did you enter the creditor?  _____

Last 4 digits of account number      ___ ___ ___ ___

**Fill in this information to identify your case:**

Debtor 1      **Brian**          **Keith**          **Tyson**
              First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name        Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **16-35727-H4-13**
(if known)

☐ Check if this is an
  amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** |  | **$2,970.00** | **$2,970.00** | **$0.00** |

**Jesse Aguinaga, Attorney at Law, P.C.**
Priority Creditor's Name
**The Center, 8323 S.W. Frwy., Suite 670**
Number      Street

_____

**Houston**              **TX**    **77074**
City                  State  ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify **Attorney fees for this case**

Debtor 1    **Brian Keith Tyson**                                          Case number (if known)   **16-35727-H4-13**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |  | **Total claim** |
|---|---|---|---|

| 4.1 | | | **$2,419.00** |

**American Express**
Nonpriority Creditor's Name
**PO Box 297871**
Number        Street

Last 4 digits of account number    9   9   9   1

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Ft. Lauderdale        FL    33329-7871**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

| 4.2 | | | **$2,679.65** |

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**PO Box 8803**
Number        Street

Last 4 digits of account number    6   1   4   9

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington        DE    19899**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

Debtor 1    **Brian Keith Tyson**                              Case number (if known)   **16-35727-H4-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

$1,400.70

**BBVA Compass Bank**
Nonpriority Creditor's Name
**PO Box 2210**
Number      Street

Last 4 digits of account number    **6    0    6    1**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Decatur**                    **AL      35699-0001**
City                          State    ZIP Code

Who incurred the debt?    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Outstanding Debt**

**4.4**

$5,292.00

**Chase**
Nonpriority Creditor's Name
**PO Box 15298**
Number      Street

Last 4 digits of account number    **4    7    2    0**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington**                  **DE      19850-5298**
City                          State    ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.5**

$5,425.00

**Compass Bank**
Nonpriority Creditor's Name
**2009 Beltline Park West**
Number      Street

Last 4 digits of account number    **5    5    9    8**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Decatur**                    **AL      35603**
City                          State    ZIP Code

Who incurred the debt?    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **Brian Keith Tyson**                                     Case number (if known) __16-35727-H4-13__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.6**

|  |  |
|---|---|
| **JC Penney** | Last 4 digits of account number ___ 0 __ 8 __ 8 __ 9 |
| Nonpriority Creditor's Name | |
| **PO Box 965007** | **When was the debt incurred?** _____ |
| Number        Street | |

**$509.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Orlando** | **FL** | **32896-5007** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.7**

|  |  |
|---|---|
| **Synchrony Bank** | Last 4 digits of account number ___ ___ ___ ___ |
| Nonpriority Creditor's Name | |
| **PO Box 965036** | **When was the debt incurred?** _____ |
| Number        Street | |

**$1,727.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Orlando** | **FL** | **32896** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding Debt**

Debtor 1    **Brian Keith Tyson**                                              Case number (if known)    **16-35727-H4-13**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**David G.Peake**
Name
**Chapter 13 Trustee**
Number        Street
**9660 Hillcroft, Suite 430**

**Houston**            **TX**      **77096**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Equifax**
Name
**1550 Peach Tree Street N.W.**
Number        Street

**Atlanta**            **GA**      **30309**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Experian**
Name
**475 Anton Blvd.**
Number        Street

**Costa Mesa**         **CA**      **92626**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Law Office of Brett Beaty**
Name
**1400 Woodloch Forest Drive, Ste. 575**
Number        Street

**Attorney for - MCI**
**Partners, LP**

**The Woodland**       **TX**      **77380**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Trans Union**
Name
**2 Baldwin Place**
Number        Street
**1510 Chester Pike**

**Crum Lynne**         **PA**      **19022**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

Debtor 1    **Brian Keith Tyson** _____    Case number (if known)   **16-35727-H4-13**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**US Trustee**
_____
Name
**Judy A. Robbins**
_____
Number     Street
**515 Rusk Street, Ste. 3516**
_____

**Houston**            **TX**    **77002**
_____
City              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

Debtor 1     **Brian Keith Tyson**                                          Case number (if known)   **16-35727-H4-13**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims.  Write that amount here. | 6d. **+** $2,970.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. $2,970.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** $19,452.35 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $19,452.35 |

**Fill in this information to identify your case:**

Debtor 1      **Brian**            **Keith**            **Tyson**
              First Name           Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **16-35727-H4-13**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Acura Financial Services**<br>Name<br>**PO Box 7829**<br>Number      Street<br><br>**Philadelphia**              **PA**      **19101-7829**<br>City                                State    ZIP Code | Motor Vehicle Leasehold via Executory Contract.<br>Contract to be ASSUMED |
| 2.2 | **Boxer Property Managment Corp.**<br>Name<br>**720 North Post Oak Road, Ste. 500**<br>Number      Street<br><br>**Houston**                    **TX**      **77024**<br>City                                State    ZIP Code | Yearly (24 month) commercial leasehold via executory contract<br>Contract to be ASSUMED |
| 2.3 | **Daimler Truck Financial**<br>Name<br>**PO Box 5260**<br>Number      Street<br><br>**Carol Stream**              **IL**      **60157-4221**<br>City                                State    ZIP Code | Motor Vehicle Leasehold via Executory Contract.<br>Contract to be ASSUMED<br>Contract is in DEFAULT |
| 2.4 | **Daimler Truck Financial**<br>Name<br>**PO Box 5260**<br>Number      Street<br><br>**Carol Stream**              **IL**      **60157-4221**<br>City                                State    ZIP Code | Motor Vehicle Leasehold via Executory Contract.<br>Contract to be ASSUMED<br>Contract is in DEFAULT |

Debtor 1    __Brian Keith Tyson_____    Case number (if known) __16-35727-H4-13__

**■   Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.5**   **Daimler Truck Financial**<br>Name<br>**PO Box 5260**<br>Number    Street<br><br>**Carol Stream**      **IL**      **60157-4221**<br>City                State    ZIP Code | **Motor Vehicle Leasehold via Executory Contract.**<br>**Contract to be ASSUMED**<br>**Contract is in DEFAULT** |
| **2.6**   **LRM Leasing Company**<br>Name<br>**2705 Burris Rd.**<br>Number    Street<br><br>**Davie**      **FL**      **33314**<br>City                State    ZIP Code | **Motor Vehicle Leasehold via Executory Contract.**<br>**Contract to be ASSUMED** |
| **2.7**   **Maxim Financial**<br>Name<br>**405 Lexington Ave**<br>Number    Street<br><br>**New York**      **NY**      **10174**<br>City                State    ZIP Code | **Motor Vehicle Leasehold via Executory Contract.**<br>**Contract to be ASSUMED** |
| **2.8**   **Maxim Financial**<br>Name<br>**405 Lexington Ave**<br>Number    Street<br><br>**New York**      **NY**      **10174**<br>City                State    ZIP Code | **Motor Vehicle Leasehold via Executory Contract.**<br>**Contract to be ASSUMED** |
| **2.9**   **MC1 Partners, LP**<br>Name<br>**PO Box 131779**<br>Number    Street<br><br>**The Woodlands**      **TX**      **77393**<br>City                State    ZIP Code | **Comercial Leasehold in Office Space via Executory**<br>**Contract**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** |
| **2.10**   **Mercedes Benz Financial Services USA, LL**<br>Name<br>**PO Box 5260**<br>Number    Street<br><br>**Carol Stream**      **IL**      **60197**<br>City                State    ZIP Code | **Motor Vehicle Leasehold via Executory Contract.**<br>**Contract to be ASSUMED** |
| **2.11**   **Mercedes Benz Financial Services USA, LL**<br>Name<br>**PO Box 5260**<br>Number    Street<br><br>**Carol Stream**      **IL**      **60197**<br>City                State    ZIP Code | **Motor Vehicle Leasehold via Executory Contract.**<br>**Contract to be ASSUMED** |

Debtor 1   **Brian Keith Tyson**                                       Case number (if known)  **16-35727-H4-13**

## Additional Page if You Have More Contracts or Leases

Person or company with whom you have the contract or lease          What the contract or lease is for

2.12  **Toyota Financial Services**                                  **Motor Vehicle Leasehold via Executory Contract.**
      Name                                                           **Contract to be ASSUMED**
      **P.O. Box 9490**
      Number    Street


      **Cedar Rapids**                **IA**        **52409-9490**
      City                            State         ZIP Code

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Brian** | **Keith** | **Tyson** |

Debtor 1      **Brian**     **Keith**     **Tyson**
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name       Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)     **16-35727-H4-13**

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                               12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No
    ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☐ No. Go to line 3.
    ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No
       ☑ Yes

       In which community state or territory did you live?     **Texas**     Fill in the name and current address of that person.

       **Kathlyn Tyson**
       Name of your spouse, former spouse, or legal equivalent
       **123 Reese Run Street**
       Number      Street

       **Montgomery**           **TX**      **77316**
       City                  State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G).* **Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* Your codebtor                                *Column 2:* **The creditor to whom you owe the debt**

                                                           Check all schedules that apply:

| 3.1 | **Spouse Name Not Entered** | ☑ Schedule D, line    **2.1** |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | Number    Street | ☐ Schedule G, line _____ |
| | | **Acura Financial Services** |
| | City    State    ZIP Code | |

Debtor 1   __Brian Keith Tyson_____   Case number (if known) __16-35727-H4-13__

▊   **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☐ Schedule D, line _____
☑ Schedule E/F, line __4.3__
☐ Schedule G, line _____

Number     Street

**BBVA Compass Bank**

City                    State     ZIP Code

| 3.3 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☑ Schedule D, line __2.8__
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number     Street

**Daimler Truck Financial**

City                    State     ZIP Code

| 3.4 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☑ Schedule D, line __2.9__
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number     Street

**Daimler Truck Financial**

City                    State     ZIP Code

| 3.5 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☑ Schedule D, line __2.10__
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number     Street

**Daimler Truck Financial**

City                    State     ZIP Code

| 3.6 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☑ Schedule D, line __2.11__
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number     Street

**Ford Motor Credit Company LLC**

City                    State     ZIP Code

| 3.7 | **Spouse Name Not Entered** | |
|---|---|---|
| | Name | |

☑ Schedule D, line __2.15__
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number     Street

**Hitachi Capital**

City                    State     ZIP Code

Debtor 1  **Brian Keith Tyson**                                       Case number (if known)  **16-35727-H4-13**

███████  **Additional Page to List More Codebtors**

*Column 1:*  **Your codebtor**                                                   *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **Spouse Name Not Entered** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

- ☑ Schedule D, line  **2.16**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Hitachi Capital**

| 3.9 | **Spouse Name Not Entered** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

- ☑ Schedule D, line  **2.20**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Isuzu Finance of America, Inc.**

| 3.10 | **Spouse Name Not Entered** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line  **5.4**
- ☐ Schedule G, line _____

**Law Office of Brett Beaty**

| 3.11 | **Spouse Name Not Entered** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

- ☑ Schedule D, line  **2.21**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Marriott International, Inc.**

| 3.12 | **Spouse Name Not Entered** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

- ☑ Schedule D, line  **2.22**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Mercedes Benz Financial Services USA, LL**

| 3.13 | **Spouse Name Not Entered** |
|---|---|

Name

Number      Street

City                          State        ZIP Code

- ☑ Schedule D, line  **2.23**
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Stearns Bank NA**

Debtor 1    **Brian Keith Tyson**                                    Case number (if known)   **16-35727-H4-13**

| ■ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.14 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City                    State     ZIP Code

☑ Schedule D, line    **2.24**
☐ Schedule E/F, line
☐ Schedule G, line
**Stearns Bank NA**

| 3.15 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City                    State     ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line
**Synchrony Bank**

| 3.16 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City                    State     ZIP Code

☑ Schedule D, line    **2.25**
☐ Schedule E/F, line
☐ Schedule G, line
**The Cotswolds HOA Inc.**

| 3.17 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City                    State     ZIP Code

☑ Schedule D, line    **2.26**
☐ Schedule E/F, line
☐ Schedule G, line
**Toyota Financial Services**

| 3.18 | **Spouse Name Not Entered** |
|---|---|

Name

Number     Street

City                    State     ZIP Code

☑ Schedule D, line    **2.27**
☐ Schedule E/F, line
☐ Schedule G, line
**Woodforest Civic Association**

**Fill in this information to identify your case:**

Debtor 1      **Brian**        **Keith**        **Tyson**
            First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)     First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF TEXAS**

Case number    **16-35727-H4-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
    chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                               12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Self Employed** | **Housewife** |
| **Employer's name** | **Jumpstar Logistics LLC** | |
| **Employer's address** | **507 N. Sam Houston Parkway E, Ste**<br>Number  Street | <br>Number  Street |
| | | |
| | **Houston**    **TX**    **77060**<br>City    State    Zip Code | <br>City    State    Zip Code |
| **How long employed there?** | **3 yrs** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.    2. | **$0.00** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay.    3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3.    4. | **$0.00** | **$0.00** |

Debtor 1   **Brian Keith Tyson**                                          Case number (if known)   **16-35727-H4-13**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .............................................➔ 4. | $0.00 | $0.00 |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions   5a. | $0.00 | $0.00 |
| | **5b.** Mandatory contributions for retirement plans   5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans   5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans   5d. | $0.00 | $0.00 |
| | **5e.** Insurance   5e. | $0.00 | $0.00 |
| | **5f.** Domestic support obligations   5f. | $0.00 | $0.00 |
| | **5g.** Union dues   5g. | $0.00 | $0.00 |
| | **5h.** Other deductions.<br>Specify: _____   5h.✚ | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $0.00 | $0.00 |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7. | $0.00 | $0.00 |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm   8a. | $14,813.60 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends   8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation   8d. | $0.00 | $0.00 |
| | **8e.** Social Security   8e. | $3,900.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:  **N/A**   8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income   8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income.<br>Specify: _____   8h.✚ | $0.00 | $0.00 |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $18,713.60 | $0.00 |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.   10.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $18,713.60  ✚ | $0.00  =  $18,713.60 |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. ✚   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.   $18,713.60
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:   **Debtor attempting to increase self employment income.**

Debtor 1    **Brian Keith Tyson**                         Case number (if known)   **16-35727-H4-13**

8a.   Attached Statement (Debtor 1)

### Jumpstar Enterprises

**Gross Monthly Income:**                                             **$73,614.00**

| Expense | Category | Amount |
|---|---|---|
| Contractor Expense/Truck Drivers | Contractor Expense | **$32,500.00** |
| Leases/Rentals/Commerical Trucks/Equipment | Lease/Commerical Truck | **$5,275.00** |
| Maintenance/Repair | Maintenance/Repair | **$1,700.00** |
| Fuel | Fuel | **$2,492.00** |
| Internet Connection Expense | Internet Connection Expen | **$294.00** |
| Telephone/Cell Phone | Telephone | **$550.00** |
| General Business Expenditure/Load/Asset Tracking Service | General Business Expendi | **$325.00** |
| Insurances/Motor Vehicle/Business Bonding | Insurance | **$12,125.00** |
| Utilities | Utilities | **$250.00** |
| Slef Employment Taxes | Taxes | **$3,144.40** |
| Office Space Lease | Office Space Lease | **$1,630.00** |

**Total Monthly Expenses**                                         **$60,285.40**

**Net Monthly Income:**                                            **$13,328.60**

**Fill in this information to identify your case:**

Debtor 1    **Brian**          **Keith**          **Tyson**
            First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name       Middle Name        Last Name

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF TEXAS**

Case number    **16-35727-H4-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Wife** | **52** | ☐ No  ☑ Yes |
| **Son** | **17** | ☐ No  ☑ Yes |
| **Son** | **16** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

         **Your expenses**

**4.    The rental or home ownership expenses for your residence.**    4.    $0.00
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.    Real estate taxes    4a.    $0.00

4b.    Property, homeowner's, or renter's insurance    4b.    $0.00

4c.    Home maintenance, repair, and upkeep expenses    4c.    $50.00

4d.    Homeowner's association or condominium dues    4d.    $75.00

| | | |
|---|---|---|
| Debtor 1 **Brian Keith Tyson** | Case number (if known) **16-35727-H4-13** | |

**Your expenses**

| | | |
|---|---|---|
| **5.** **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| **6.** **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | **$350.00** |
| 6b. Water, sewer, garbage collection | 6b. | **$65.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$380.00** |
| 6d. Other. Specify: **N/A** | 6d. | **$0.00** |
| **7.** **Food and housekeeping supplies** | 7. | **$785.00** |
| **8.** **Childcare and children's education costs** | 8. | **$0.00** |
| **9.** **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| **10.** **Personal care products and services** | 10. | **$125.00** |
| **11.** **Medical and dental expenses** | 11. | **$150.00** |
| **12.** **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| **13.** **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$75.00** |
| **14.** **Charitable contributions and religious donations** | 14. | **$0.00** |
| **15.** **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | **$0.00** |
| 15b. Health insurance | 15b. | **$0.00** |
| 15c. Vehicle insurance | 15c. | **$440.00** |
| 15d. Other insurance. Specify: **N/A** | 15d. | **$0.00** |
| **16.** **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **N/A** | 16. | **$0.00** |
| **17.** **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 **Automobile Lease** | 17a. | **$610.00** |
| 17b. Car payments for Vehicle 2 **2ns Automobile Lease** | 17b. | **$350.00** |
| 17c. Other. Specify: **School Supplies** | 17c. | **$150.00** |
| 17d. Other. Specify: **Pet Care / N/A** | 17d. | **$100.00** |
| **18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** **N/A** | 18. | **$0.00** |
| **19.** **Other payments you make to support others who do not live with you.** Specify: **N/A** | 19. | **$0.00** |

Debtor 1   **Brian Keith Tyson** _____   Case number (if known)   **16-35727-H4-13** _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$0.00** |
| 20b. | Real estate taxes | 20b. | **$0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | **$58.33** |

**21. Other.** Specify: _____   21.  + _____

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,313.33** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$4,313.33** |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$18,713.60** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. – | **$4,313.33** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$14,400.27** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.  Explain here:
**Debtor attempting to decrease self employment expense.**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Brian** First Name | **Keith** Middle Name |  **Tyson** Last Name |

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-35727-H4-13**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Brian Keith Tyson**
Brian Keith Tyson, Debtor 1

X _____
Signature of Debtor 2

Date **12/10/2016**
MM / DD / YYYY

Date _____
MM / DD / YYYY