IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE. § | |
| § | |
| BRIAN KEITH TYSON § | CASE NO. 16-35727-H4-13 |
| § | |
| § | |
| DEBTOR(S) § | Chapter 13 |

## PAY ADVICES

Debtor Pay Advices.

Date: December 12, 2016

                                            Respectfully submitted,
                                            **JESSE AGUINAGA,**
                                            **ATTORNEY AT LAW, P.C.**

                                            //s// Jesse Aguinaga

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
713/772-7986 - Phone;  713/772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE. | § | |
| | § | |
| BRIAN KEITH TYSON | § | CASE NO. 16-35727-H4-13 |
| | § | |
| DEBTOR(S) | § | Chapter 13 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12, 2016, a true and correct copy of the foregoing Debtor Pay Advices, was served by U.S. First Class mail and/or ECF Transmission on the U.S. Trustee, Federal Bankruptcy Court Clerk and Chapter 13 Trustee.

Respectfully submitted,
**JESSE AGUINAGA,**
**ATTORNEY AT LAW, P.C.**

//s// Jesse Aguinaga

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
(713)772-7986- Phone; ( 713)772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**