IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE. | § § | |
| BRIAN KEITH TYSON | § § § | CASE NO. 16-35727-H4-13 |
| DEBTOR(S) | § § | Chapter 13 |

**7th AMENDED SCHEDULE D
AND CHAPTER 13 UNIFORM CHAPTER 13 PLAN**

7th Amended Schedule D - Creditors Holding Secured Claims, and Amended Uniform Chapter 13 Plan, Motion for Valuation, Plan Summary and Statistical Cover Sheet.

Date: February 28, 2017

                                                Respectfully submitted,
                                                **JESSE AGUINAGA,**
                                                **ATTORNEY AT LAW, P.C.**

                                                       //s// Jesse Aguinaga

                                                Jesse Aguinaga, State Bar No. 00798026
                                                The Center, 8323 S.W. Frwy, Suite 670
                                                Houston, Texas 77074
                                                713/772-7986 - Phone;  713/772-7725 - Fax

                                                **ATTORNEY FOR DEBTOR(S)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE. § | |
| § | |
| BRIAN KEITH TYSON § | CASE NO. 16-35727-H4-13 |
| § | |
| § | |
| DEBTOR(S) § | Chapter 13 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2017, a true and correct copy of the foregoing 7th Amended Schedule D - Creditors Holding Secured Claims, and Amended Uniform Chapter 13 Plan, Motion for Valuation, Plan Summary and Statistical Cover Sheet, was served by U.S. First Class mail and/or ECF on the U.S. Trustee, Standing Chapter 13 Trustee, Debtor(s), Parties at Interest and Parties requesting notice.

Respectfully submitted,
**JESSE AGUINAGA,**
**ATTORNEY AT LAW, P.C.**

//s// Jesse Aguinaga
_____

Jesse Aguinaga, State Bar No. 00798026
The Center, 8323 S.W. Frwy, Suite 670
Houston, Texas 77074
(713)772-7986- Phone; ( 713)772-7725 - Fax

**ATTORNEY FOR DEBTOR(S)**