

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/10/2017

| In re: | § | Case No. 16-35727-H4-13 |
|---|---|---|
| BRIAN TYSON | § | (Chapter 13) |

### DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
(This Order Resolves Docket #93)

Daimler Trust ("Movant") filed a motion for relief from the automatic stay against a 2014 Mercedes Benz M2CA170E, Vehicle Identification Number WD3PE8DC8E5890187 and also with regard to a 2015 Mitsubishi Fuso, Vehicle Identification Number JL6BNG1AXFK001445, a 2014 Mistubishi Fuso, Vehicle Identification Number JL6BNG1A4EK003657 and a 2014 Mitsubishi Fuso, Vehicle Identification Number JL6BNK1A9EK000742 and the Leases thereon (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay, if any, to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

IT IS SO ORDERED.

SIGNED this 10th day of April, 2017.

Jeff Bohm
United States Bankruptcy Judge

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**
Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on March 14, 2017. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

| | |
|---|---|
| /s/   Stephen G. Wilcox | Date: April 6, 2017 |

Stephen G. Wilcox
State Bar Number 21454300
S.D. Texas Bar Number 20929
Wilcox Law, PLLC
P.O. Box 201849
Arlington, Texas 76006
Telephone: (817) 870-1694
Fax: (817) 870-1181
E-mail: swilcox@wilcoxlaw.net
**ATTORNEYS FOR DAIMLER TRUST.**

8235-00133-427895