**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 16-35727-H4-13** |
| | § | |
| **BRIAN KEITH TYSON** | § | |
| | § | |
| **DEBTOR(S)** | § | **CHAPTER 13** |

<u>**UNSWORN DECLARATION OF BRIAN KEITH TYSON UNDER PENALTY OF**</u>
<u>**PERJURY REGARDING SURRENDERED PROPERTY**</u>

BRIAN KEITH TYSON , pursuant to 28 U.S.C., Section 1746, submits this unsworn declaration under penalty of perjury that the following facts are true and correct and based on her personal knowledge.

BRIAN KEITH TYSON declares:

1.　"I am the Debtor in this Bankruptcy Case."

2.　"I have elected to surrender my interest in my Time Share with Marriott International, Inc., 10400 Fernwood Road, Bethesda, MD 20817

3.　"_____The Surrendered Property was returned to the Creditor on May 10, 2017."

4.　"_____The Surrendered Property was totaled in an automobile accident and was taken by the insurance company."

5.　"_____I have contacted the Creditor to make arrangements to surrender the Surrendered Property.  Arrangements to return the Surrendered Property to the Creditor have been made but the Creditor has not yet picked up the Property."

6.　"__X_ My Attorney has contacted the Creditor's Legal Department to make arrangements to surrender the Surrendered Property via a Deed in Lieu of Foreclosure.  The Creditor has not yet responded to my Attorney's contact.  My Interest in the Surrendered Real Property has not yet been foreclosed or conveyed."

7.　"_____I have not contacted the Creditor to make arrangements to

surrender the Surrendered Property.  The Surrendered Property is still in my possession."

8.    "__X_I declare under penalty of perjury that the foregoing is true and correct."


Dated: May 30 2017

//s// BRIAN KEITH TYSON

_____

**BRIAN KEITH TYSON , Debtor**